IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

REX ALLEN HEATH,                                                                PLAINTIFF
ADC #132746
                         CASE NO. 2:17-CV-120-JM/BD

MARTHA DEPORTER, et al.                                                     DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Heath's claims against Defendants Deporter and Beashan in their official capacities are DISMISSED, without prejudice. In addition, his claims against Defendant Smith are DISMISSED, without prejudice. The Clerk is instructed to terminate Defendant Smith as a party Defendant.

IT IS SO ORDERED, this 6th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE