## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**REX ALLEN HEATH,**                                                    **PLAINTIFF**
**ADC #132746**

### CASE NO. 2:17-CV-120-JM-BD

**MARTHA DEPORTER, et al.**                                          **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Heath's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for summary judgment (Docket No. 13) is GRANTED. Mr. Heath's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 4th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE